AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:26-mj-00016-RSK |
| Markeese Hastings | ) | |
| | ) | Charging District:    Eastern District of Pennsylvania |
| *Defendant* | ) | Charging District's Case No.  2:26-cr-00023-NIQA-12 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | Courtroom No.:  5A |
|---|---|
| | Date and Time: 1/22/2026 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.


Date:        01/15/2026

/s/ Ray Kent
*Judge's signature*

Ray Kent, United States Magistrate Judge
*Printed name and title*